IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


**JORGE MICHEL PIEDRA ESTEVEZ,**
**# A 074-029-661**

     Petitioner,

vs.                      Case No.:  4:14cv90-WS/CAS

**ERIC HOLDER, JR., et al,**

     Respondents.
_____/


## REPORT AND RECOMMENDATION

On February 25, 2014, the pro se Petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Doc. 1.  After Petitioner belatedly paid the filing fee in March 2014, doc. 4, and it appeared that Petitioner was in the Northern District of Florida at the time the petition was filed, *see* doc. 5, service was directed and Respondents required to respond to Petitioner's argument that he is a native of Cuba, held in a period of indefinite detention, and there is no significant likelihood that he will be removed in the reasonably foreseeable future.  Doc. 1.

Respondents filed a motion to dismiss the petition on May 29, 2014.  Doc. 11. Respondents contend that this case is moot because Petitioner's requested relief was release from custody, and Petitioner was released the day before the motion was filed,

on May 28, 2014.  Doc. 11 at 1.  Attached to the petition is a copy of the Release Notification and Order of Supervision.  Doc. 11-1.

Petitioner has not filed a response in opposition to the motion to dismiss. Petitioner did, however, sign the acknowledge of his conditions of release on May 28, 2014.  *Id.* at 5.  Because it appears Petitioner has been granted release, there is no judicial remedy left and this case should be dismissed as moot.  The Clerk of Court will be directed to provide a copy of this report and recommendation to Petitioner at the forwarding address provided by Respondents.  *See* doc. 11-1 at 6.

Accordingly, it is **ORDERED** that the Clerk of Court shall send a copy of this Report and Recommendation to Petitioner at the address provided by Respondents: 19800 SW 180th Avenue, Miami, Florida 33187.  Doc. 11-1 at 6.

In light of the foregoing, it is respectfully **RECOMMENDED** that the motion to dismiss, doc. 11, be **GRANTED** and the petition for writ of habeas corpus, doc. 1, be **DISMISSED as moot**.

**IN CHAMBERS** at Tallahassee, Florida, on July 15, 2014.

 S/    Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 14 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.