IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JORGE MICHEL PIEDRA ESTEVEZ,
#A 074-029-661

    Petitioner,

v.                                                        4:14cv90-WS

ERIC HOLDER, JR., et al.,

    Respondents.

_____

ORDER DISMISSING PETITIONER'S
PETITION FOR WRIT OF HABEAS CORPUS

Before the court is the magistrate judge's report and recommendation docketed August 8, 2014. See Doc. 15. The magistrate judge recommends that the petitioner's petition for writ of habeas corpus be dismissed as moot and for failure to prosecute.

Having considered the report and recommendation, this court has determined that the report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation is ADOPTED and

incorporated by reference into this order of the court.

 2. The respondent's motion to dismiss (doc. 11) is GRANTED.

 3. The petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (doc. 1) is hereby DISMISSED without prejudice.

 4. The clerk is directed to enter judgment stating: "All claims are DISMISSED."

 DONE AND ORDERED this   3rd   day of    September   , 2014.


        s/ William Stafford
        WILLIAM STAFFORD
        SENIOR UNITED STATES DISTRICT JUDGE